UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL A. DIAZ, | ) | 1:07-CV-00061-AWI-SMS-HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| CHRIS CHRONES, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   March 7, 2007**          **/s/ Sandra M. Snyder**
23ehd0                                              UNITED STATES MAGISTRATE JUDGE