1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| ANGEL A. DIAZ, | ) | 1:07-CV-00061 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #14] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| CHRIS CHRONES, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| _____ | ) | TO ENTER JUDGMENT |

13
14
15
16
17
18
19
20

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

21
22

On August 24, 2007, the Magistrate Judge issued Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED, and the petition be DISMISSED WITH PREJUDICE for violating the statute of limitations, failure to exhaust state remedies, and failure to state a cognizable federal claim. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

23
24
25
26
27
28

1    On September 7, 2007, Petitioner filed objections to the Findings and Recommendation.

2    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

3    *novo* review of the case.  Having carefully reviewed the entire file and having considered the

4    objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

5    supported by the record and proper analysis.   In the objections, Petitioner appears to argue that the

6    California Supreme Court's denial of his habeas corpus petition was final at a date later than that

7    used by the Magistrate Judge.   The Ninth Circuit held in 2002 that the statutory tolling ended thirty

8    days after the California Supreme Court's denial of the final habeas petition was filed because that

9    was when the denial became "final" under the former California Rule of Court 24.   Allen v. Lewis,

10   295 F.3d 1046, 1046 (9th Cir. 2002) (en banc); Bunney v. Mitchell, 262 F.3d 973, 974 (9th Cir.2001).

11   However, the rationale of Allen v. Lewis only applies to denials the California Supreme Court filed

12   before January 1, 2003.    On January 1, 2003, the California Supreme Court made clear that its

13   orders denying petitions for writ of habeas corpus within its original jurisdiction are final on filing.

14   See Cal. Rule of Court 29.4(b)(2)(C).   Because Petitioner's petition was filed after January 1, 2003,

15   the Magistrate Judge used the correct date to determine when the California Supreme Court's

16   decision was final.

17   Accordingly, IT IS HEREBY ORDERED that:

18   1. The Findings and Recommendation issued August 24, 2007, is ADOPTED IN FULL;

19   2. Respondent's motion to dismiss is GRANTED;

20   3. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and

21   4. The Clerk of Court is DIRECTED to enter judgment.

22

23   IT IS SO ORDERED.

24   **Dated:   September 20, 2007**                          **/s/ Anthony W. Ishii**
                                                          UNITED STATES DISTRICT JUDGE

25

26

27

28